**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven Wayne BELL, Defendant– Appellant.**

No. 12–6404.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 31, 2012.

Steven Wayne Bell, Appellant Pro Se. Jennifer P. May–Parker, Assistant United

States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Wayne Bell appeals the district court's order denying his motion to reduce his sentence and expunge his conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Bell,* No. 5:01–cr–00013–BR–1 (E.D.N.C. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*